**05-40110 JLT**

United States District Court                          June 28, 2005
Office of the Clerk
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, Mass   02210


Dear Clerk Of the Court:

    Please file my petition for 2241. The $5.00 filing fee will

be paid from outside sources.  I also sent a copy of said motion

to the United States Attorneys Office in Boston.  I thank-you.


                                 Respectfully,
                                 June 28, 2005

                                 Edward W. Seeley
                                 Edward W. Seeley
                                 #16567-038
                                 Federal Medical Center, Devens
                                 P.O. Box 879  Unit P-D
                                 Ayer, Mass   01432-0879