United States District Court  
Office of the Clerk  
John Joseph Moakley Courthouse  
1 Courthouse Way, Suite 2300  
Boston, MA  02210

September 15, 2005

From: Edward W. Seeley  
#16567-038  
Federal Medical Center, Devens  
Ayer, Mass  01432-0879

05-cv-40110 JLT

Re: Status Update   Case No: CR/87-34-Z --Federal Habeas Corpus

Dear Clerk of Court:

    Your office received and signed my Habeas Corpus Petition o  
July 1, 2005.  The five dollar filing fee was paid on time.
1. I would like to know the Judges name who is assigned my cas
2. What Prosecutor is assigned also?
3. Has the Court sent anything to me here at F.M.C. Devens, be  use
   there seems to be a recent problem with legal mail getting   st
   or misplaced here?

    I look forward to hearing the status and or any other infor  tion regarding my case.  I thank-you very much.

Respectfully Submitted,

*Edward W. Seeley*  
Edward W. Seeley  
#16567-038