```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

EDWARD W. SEELEY,              )
          Petitioner           )
     v.                        ) Civ. No. 05-40110-JLT
                               )
DAVID L. WINN,                 )
          Respondent.          )
                               )
```

**GOVERNMENT'S REQUEST FOR CONTINUANCE OF TIME IN WHICH TO RESPOND TO EDWARD W. SEELEY'S HABEAS PETITION**

A convicted bank robber, Edward Seeley, who is serving a [ ] year sentence imposed in 1988, has filed a petition which he has labeled a motion pursuant to 28 U.S.C. §2241. The original trial was handled by Assistant United States Attorney Ralph D. Gants, who has since left the U.S. Attorney's office and is now serving as a state Superior Court judge. Consequently, this case and this most recent habeas petition has been reassigned to Assistant U.S. Attorney Brian T. Kelly.

Petitioner Seeley's current claims appear to center around matters occurring at the original trial. The government's response is due to be filed on September 29, 2005. Government counsel would respectfully request more time in which to research this matter and file an appropriate response. Specifically, the government respectfully requests a new response date of October 28, 2005. There will be no further requests for continuances in this case by the government.

Accordingly, the government requests a continuance of the date in which to respond to Seeley's habeas petition and respectfully requests a new date of October 28, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Date: September 28, 2005    By: /s/ Brian T. Kelly
Brian T. Kelly
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

    I hereby certify that I caused a copy of the foregoing pleading to be served on the petitioner, Edward W. Seeley, at FMC-Devens, P.O. Box 879, Ayer, MA, 01432 by first class mail on September 28, 2005.

/s/ Brian T. Kelly
Brian T. Kelly
Assistant U.S. Attorney