United States District Court
District of Massachusetts

---

Civil Action No. 05-40110-JLT

**Edward W. Seeley,**
*Petitioner*

v.

**David L. Winn,**
*Respondents*

---

## Notice of Appearance of Counsel

The undersigned counsel now wishes to advise the

court and the parties that they will appear on behalf of

Edward W. Seeley, the petitioner in this matter.

Edward W. Seeley,
*By his attorneys,*

Dana Alan Curhan
B.B.O. # 544250

Brad P. Bennion
B.B.O. # 661222
101 Arch Street
Suite 305
Boston, Massachusetts 02110
(617) 261-3800