UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Edward W. Seeley**<br>    **Petitioner**<br><br>V.<br><br>**David L. Wynn**<br>    **Respondent** | **CIVIL ACTION**<br><br>NO.  05-cv-40110 JLT |

## JUDGMENT

Tauro,  D. J.

In accordance with the Court's Endorsement dated December 29, 2005 adopting the Magistrate Judge's Report and Recommendation of December 29, 2005, to Dismiss (#1) Petition for Writ of Habeas Corpus,  it is hereby ORDERED:

Judgment for the Respondent.

By the Court,

January 3, 2006                             /s/ Kimberly M. Abaid
Date                                              Deputy Clerk

(R&R Judgment.wpd - 12/98)