United States District Court
District of Massachusetts

---

Civil Action No. 05-40110-JLT

**Edward W. Seeley,**
*Petitioner*

v.

**David L. Winn,**
*Respondents*

---

**Notice of Appeal**

---

Pursuant to FED. R. APP. P. 3 and 4, notice is hereby given that Edward W. Seeley, the petitioner in the above case, hereby appeals the denial of his petition under to 28 U.S.C. § 2241 entered on or about January 3, 2006.

Edward W. Seeley,
*By his attorneys,*

Dana Alan Curhan
B.B.O. # 544250
101 Arch Street
Suite 305
Boston, Massachusetts 02110
(617) 261-3800