United States District Court
District of Massachusetts

---

Civil Action No. 05-40110-JLT

**Edward W. Seeley,**
*Petitioner*

v.

**David L. Winn,**
*Respondents*

---

### Certificate of Service

I, Dana Alan Curhan, counsel for the petitioner herein, certify that I served a copy of the forgoing "Petitioner's Objections to the Magistrate Judge's Report and Recommendation", "Notice of Appeal" and supporting documents by sending them first class mail, postage prepaid to:

Brian T. Kelly, A.U.S.A.
United States Courthouse
One Courthouse Way
Boston, MA  02210

Dana Alan Curhan
B.B.O. # 544250
101 Arch Street
Suite 305
Boston, Massachusetts 02110
(617) 261-3800