# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-40110

Edward W. Seeley

v.

David L. Winn

## CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 1/6/06.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 30, 2006.

Sarah A. Thornton, Clerk of Court

By: /s/ Jeanette Ramos
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 1/30/06

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL, HABEAS

# United States District Court
## District of Massachusetts (Worcester)
### CIVIL DOCKET FOR CASE #: 4:05-cv-40110-JLT

Seeley v. Winn
Assigned to: Judge Joseph L. Tauro
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 07/01/2005
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Edward W. Seeley**   represented by   **Bradly P. Bennion**
Curhan Law Office
101 Arch Street
Suite 305
Boston, MA 02110
617-261-3800
Fax: 617-261-3805
Email: bradbennion@verizon.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dana A. Curhan**
101 Arch Street
Suite 305
Boston, MA 02110-3328
617-261-3805
Fax: 617-261-3805
Email: dana.curhan@verizon.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Warden David L. Winn**   represented by   **Brian T. Kelly**
United States Attorney's Office
John Joseph Moakley Federal

Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3197
Fax: 617-748-3954
Email: brian.kelly@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/01/2005 | 1 | PETITION for Writ of Habeas Corpus (2241) filed by Edward W. Seeley. Filing fee will be submitted at a later date.(Jones, Sherry) (Entered: 07/06/2005) |
| 07/01/2005 | 2 | Letter regarding the filing fee from Edward Seeley. (Jones, Sherry) (Entered: 07/06/2005) |
| 07/01/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Abaid, Kim) (Entered: 12/21/2005) |
| 07/08/2005 |  | Filing fee: $ 5, receipt number 65471 regarding 1 Petition for Writ of Habeas Corpus (Abaid, Kim) (Entered: 07/13/2005) |
| 07/28/2005 | 3 | Judge Joseph L. Tauro : ORDER entered. SERVICE ORDER re 2241 Petition. Order entered pursuant to R.4 of the Rules governing Section 2241 cases for service on respondents. Answer/responsive pleading due w/in 60 days of rcpt of this order.(Abaid, Kim) Modified on 7/28/2005 (Abaid, Kim). (Entered: 07/28/2005) |
| 07/29/2005 |  | Return receipt received for mail sent to United States Attorney Delivered on July 29, 2005 (Abaid, Kim) (Entered: 07/29/2005) |
| 08/09/2005 |  | Return receipt received for mail sent to US Attorney General Delivered on August 2, 2005 .(Abaid, Kim) (Entered: 08/09/2005) |
| 09/19/2005 | 4 | Letter re: Status of the Case from Edward W. Seeley. (Abaid, Kim) (Entered: 09/21/2005) |
| 09/26/2005 |  | DOCKET SHEET sent to Edward W. Seeley. (Abaid, Kim) |

| | | |
|---|---|---|
| | | (Entered: 09/26/2005) |
| 09/28/2005 | 5 | MOTION for Extension of Time to October 28, 2005 to Respond to the Habeas Petition by David L. Winn.(Abaid, Kim) (Entered: 09/28/2005) |
| 09/28/2005 | | Judge Joseph L. Tauro : ElectronicORDER entered granting 5 Motion for Extension of Time to Respond to the Habeas Petition. Response due by October 28, 2005. (Abaid, Kim) (Entered: 09/28/2005) |
| 10/27/2005 | 6 | RESPONSE/ANSWER to *and Opposition of Edward Seeley's Habeas Petition* by David L. Winn. (Kelly, Brian) (Entered: 10/27/2005) |
| 12/16/2005 | 7 | NOTICE of Appearance by Bradly P. Bennion, Dana A. Curhan on behalf of Edward W. Seeley (Abaid, Kim) (Entered: 12/19/2005) |
| 12/16/2005 | 8 | Response by Edward W. Seeley to 6 Opposition to Petition for Writ of Habeas Corpus - 2241. (Abaid, Kim) (Entered: 12/19/2005) |
| 12/21/2005 | 9 | Judge Joseph L. Tauro : ORDER entered. REFERRING CASE to Magistrate Judge Robert B. Collings Referred for: Report and Recommendation on Habeas Petition(Abaid, Kim) (Entered: 12/21/2005) |
| 12/29/2005 | 10 | Judge Robert B. Collings : REPORT AND RECOMMENDATIONS re 1 Petition for Writ of Habeas Corpus (2241) filed by Edward W. Seeley, Recommendation: Petition be DISMISSED; Objections to R&R due by 1/13/2006.(Dolan, Kathleen) (Entered: 12/29/2005) |
| 12/29/2005 | | Case no longer referred to Magistrate Judge Robert B. Collings. (Dolan, Kathleen) (Entered: 12/29/2005) |
| 12/29/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered adopting Report and Recommendations re 10 Report and Recommendations. (Abaid, Kim) (Entered: 01/03/2006) |
| 01/03/2006 | 11 | Judge Joseph L. Tauro : ORDER entered. JUDGMENT in favor of Respondent against Petitioner(Abaid, Kim) (Entered: 01/03/2006) |
| 01/06/2006 | 12 | OBJECTION to 10 Report and Recommendations filed by Edward W. Seeley. (Abaid, Kim) (Entered: 01/10/2006) |

| 01/06/2006 | 13 | NOTICE OF APPEAL as to 11 Judgment by Edward W. Seeley. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 1/26/2006. (Abaid, Kim) (Entered: 01/10/2006) |
|---|---|---|
| 01/06/2006 | 14 | CERTIFICATE OF SERVICE by Edward W. Seeley re 12 Objection to Report and Recommendations, 13 Notice of Appeal,. (Abaid, Kim) (Entered: 01/10/2006) |
| 01/24/2006 |  | Filing fee: $ 255.00, receipt number 69772 regarding 13 Notice of Appeal (Abaid, Kim) (Entered: 01/24/2006) |