MANDATE

# United States Court of Appeals
## For the First Circuit

No. 06-1229

EDWARD W. SEELEY,

Petitioner, Appellant,

v.

DAVID L. WINN, WARDEN,

Respondent, Appellee.

Before

Boudin, Chief Judge,
Selya and Lipez, Circuit Judges.

JUDGMENT

Entered: July 18, 2006

Because the habeas petition in the district court was in the nature of a motion under 28 U.S.C. §2255, in that it attacked the validity rather than the execution of petitioner's sentence, petitioner should not have proceeded to the district court without obtaining certification from this court that it was permissible to bring a third such motion. Because the motion did not meet the statutory criteria for a successive motion, no certification could have been granted. Petitioner claims that the trial court erred in admitting evidence that would be excluded under Crawford v. Washington, 541 U.S. 36 (2004). However, because the Supreme Court has not made Crawford retroactive to cases on collateral review, this claim is, at best, premature, and cannot be brought in a successive §2255 motion at this time.

The government's request for summary disposition is granted.

The district court's judgment dismissing the petition is affirmed. See 1st Cir. R. 27(c).

By the Court:

Richard Cushing Donovan, Clerk.

By: _____
   **MARGARET CARTER**
   Chief Deputy Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_____
Deputy Clerk

Date: 4/7/06

[cc: Bradly Paul Bennion, Esq., Dana Alan Curhan, Esq., Brian T. Kelly, AUSA, Dina Michael Chaitowitz, AUSA   ]